UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 10 A 10: 20
U.S. DISTRICT COURT
HARTFORD, CT

United States of America, :
        v. :
Swan Wright, :  DOCKET NO: 3:01CR257 (RNC)
    and :
Clifford Beers Clinic :
93 Edwards Street :
New Haven, CT 06511 :
       Garnishee. :

### ANSWER OF THE GARNISHEE

I, _John Prins_, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

    IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _Clifford W. Beers Guidance Clinic (address same as above)_.
    state full name and address of business

    IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of the Garnishee's partnership

    IF GARNISHEE IS A CORPORATION:

    That he/she is the _Director of Human Resources_ of Garnishee, a
                    (state official title)
corporation, organized under the laws of the State of _CT_

    On _11.8._, 2004, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes     No

  X     ___       1.  Defendant was in my/our employ.

                  2.  Pay period is ___ weekly, X bi-weekly,
                      ___ semi-monthly, ___ monthly.

Nov. 8, 2004          Enter the date present pay period began.
                      (present means the pay period in which this
                      order and notice of garnishment were
                      served)

Nov. 19, 2004         Enter date above pay period ends.

                  3.  Enter amount of net wages. Calculate below:
                                                    annual       bi wkly
                      (a) Gross Pay              $ 25,911.00 /   996.58
                      (b) Federal income tax     $  1218.10       46.85
                      (c) F.I.C.A income tax     $  1606.54       61.79
                      (d) State income tax       $   501.28       19.28
                      Total of tax withholdings  $  3325.92      127.92
                      Net Wages                  $ 22585.16  *   868.66
                      (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim: _____

*Add'l withholdings:        annual         bi wkly
         Medicare           375.70          14.45
         Roth IRA           390.00          15.00
         TSA              2  390.00          15.00
                           $1155.70         $44.45

Child Support Garnish't     520.00          20.00
                           1675.70          64.45

Biweekly Net: $804.21

\*\* Check 1 and/or 2 if applicable\*\*

_____    1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, Swan Wright, and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____    2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by ~~first class~~ inter-office mail to the Defendant on __11.8.04__ at
                                (date)

__370 James St., New Haven, CT__
(state street address, city, state and zip code)

or hand delivered to _____
                     (state actual address of where it was hand delivered)

on _____
       (date)

_____/s/ [signature]_____
(Affiant's signature)

Subscribed and sworn to before me this _8th_ day of _November_.

_/s/ [signature]_
Notary Public

My Commission expires: __MY COMMISSION EXPIRES DEC. 31, 2004__

3

The **_Original Answer_** must be mailed to:

        United States District Court
        Office of the Clerk
        450 Main Street
        Hartford, Connecticut 06103

Mail the check (made payable to the **_U. S. District Court_**)

Send a **Copy** of this Answer to:

        United States Attorney
        Connecticut Financial Center
        157 Church Street
        New Haven, Connecticut 06510
        Attn:  Financial Litigation Unit